NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re LONGHORN VACCINES & DIAGNOSTICS, LLC,**
*Appellant*

---

2023-2111, 2023-2112, 2023-2113, 2023-2114, 2023-2115

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00847, IPR2021-00850, IPR2021-00854, IPR2021-00857, and IPR2021-00860.

--------------------------------------------------

**SPECTRUM SOLUTIONS LLC,**
*Appellant*

**v.**

**LONGHORN VACCINES & DIAGNOSTICS, LLC,**
*Appellee*

---

2024-2361, 2024-2362, 2024-2363, 2024-2364, 2024-2365

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00847, IPR2021-00850, IPR2021-00854, IPR2021-00857, and IPR2021-00860.

———————————————

## ON MOTION

———————————————

Before PROST, *Circuit Judge.*

## O R D E R

Upon consideration of Spectrum Solutions LLC's unopposed motion to dismiss its cross-appeals, Appeal Nos. 2024-2361, -2362, -2363, -2364, and -2365, and to withdraw from the remaining appeals,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal Nos. 2024-2361, -2362, -2363, -2364, and -2365 are deconsolidated from Appeal Nos. 2023-2111, -2112, -2113, -2114, and -2115.  The revised official captions (and short caption as applicable) are reflected in this order, Appeal Nos. 2024-2361 et al. are dismissed, and each party shall bear its own costs as to those appeals.

(2)  Within 30 days from the date of entry of this order, the United States Patent and Trademark Office (PTO) is directed to inform this court whether it intends to intervene in Appeal Nos. 2023-2111 et al.

(3) If the PTO elects to participate in Appeal Nos. 2023-2111 et al., its docketing statement is due within 14 days of the date of filing of its notice of intervention and its brief is due within 40 days from the date of filing of its notice.

(4) If the PTO elects not to participate in Appeal Nos. 2023-2111 et al., the appendix will be due no later than 7 days following the filing of the PTO's election, and the case will be ready to be assigned to a merits panel.

IN RE LONGHORN VACCINES & DIAGNOSTICS, LLC                    3

    (5)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal Nos. 2023-2111 et al.

FOR THE COURT



March 25, 2025                            Jarrett B. Perlow
      Date                                   Clerk of Court

ISSUED AS A MANDATE (only as to Appeal Nos. 2024-2361, -2362, -2363, -2364, and -2365): March 25, 2025

cc: United States Patent and Trademark Office